■ Robert R. Fragoman, Appellant, v Pyramid Companies, Development and Management, et al., Respondents. Pyramid Companies, Development and Management, Third-Party Plaintiff, v McConnell Construction Corporation et al., Third-Party Defendants-Respondents. [624 NYS2d 74] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Stone, J. (Appeal from Order of Supreme Court, Onondaga County, Stone, J.—Labor Law § 240.) Present—Green, J. P., Pine, Callahan, Doerr and Davis, JJ.